IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY HERMAN ANNAN and BRIAN ANNAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 10-0668-KD-B |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the joint stipulation of dismissal with prejudice wherein the plaintiffs Kelly Herman Annan and Brian Annan and the defendant Progressive Specialty Insurance Company stipulate to the dismissal with prejudice of all claims with each party to bear their own costs, including attorneys' fees. (Doc. 18). The stipulation is signed by all parties who have appeared in this action.

Upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear their own costs and attorneys' fees as stipulated.

**DONE** and **ORDERED** this 31st day of August, 2011.

                                        s / Kristi K DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**